**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LAVERN R. FERGUSON**                                                                              **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO. 3:25-cv-172-DPJ-ASH**

**DRIVEN BRANDS SHARED**
**SERVICES LLC**                                                                                    **DEFENDANTS**

**JOINT MOTION TO CONTINUE TRIAL AND EXTEND THE DISCOVERY**
**AND DISPOSITIVE MOTIONS DEADLINES**

COME NOW Defendant Driven Brands Shared Services, LLC ("Defendant") and Plaintiff Lavern Ferguson ("Plaintiff") (collectively "the Parties"), by and through their counsel of record, and respectfully move this Court to continue trial, extend the discovery and dispositive motions deadlines, and amend the scheduling order as needed. In support thereof, the Parties state as follows:

1. The trial of this matter is currently scheduled for the two-week term beginning July 20, 2026, and the pretrial conference is scheduled for June 12, 2026. The current discovery deadline is February 6, 2026, and the dispositive motions deadline is February 20, 2026.

2. The Parties have worked diligently to complete all necessary discovery in an efficient and timely manner within the discovery period. However, despite best efforts, additional time is required to complete discovery in this matter. In particular, the Parties have engaged in written discovery but are in need of additional time for depositions and to complete other necessary discovery, to prepare motions, and to fully prepare the case for trial.

3. Accordingly, the Parties respectfully request that the Court extend the discovery deadline up to and through May 7, 2026, and extend the dispositive motions deadline up to and

through May 21, 2026. The Parties do not anticipate the requested extension will impact the trial of this matter.

4. Whereas the requested extension would allow less than one (1) month between the closing of briefing on dispositive motions and the pretrial conference and less than two (2) months between the closing of briefing and trial, the Parties additionally request a continuance of the trial currently scheduled for the two-week term beginning July 20, 2026, and that the pretrial deadlines be extended accordingly. The Parties have not previously requested a continuance of the trial of this matter.

5. The Parties submit this motion jointly not for purposes of delay, but rather so that the interests of justice and judicial economy may be served.

6. Due to the nature of this Motion, the Parties' request that they be relieved of the requirement to submit a supporting memorandum pursuant to L.U.Civ.R. 7(b)(4).

WHEREFORE, the Parties jointly request that the Court amend the Scheduling Order to continue trial, extend the discovery, dispositive motions, and other necessary deadlines, and that this Court grant such other, further and different relief as it deems fair and just.

THIS, the 15th day of January, 2026.

    Respectfully submitted,

    **DRIVEN BRANDS SHARED SERVICES LLC**, Defendant

BY:   */s/ Robin Banck Taylor*
    Robin Banck Taylor (MS Bar No. 100195)
    Blythe K. Lollar (MS Bar No. 104554)
    BUTLER SNOW LLP
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, MS 39157
    P.O. Box 6010
    Ridgeland, MS 39158-6010
    Phone: (601) 948-5711

        Fax: (601) 985-4500
        E-mail: blythe.lollar@butlersnow.com

    AND

    **LAVERN FERGUSON,**
    Plaintiff

BY:    */s/ Louis H. Watson, Jr.*
       Louis H. Watson, Jr.
       The Watson Law Firm, PLLC
       1501 Jackson Ave W, Ste. 113 PMB 101
       Oxford, MS 38655-2566
       Tel: (601) 253-1177
       louis@thewatsonlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Robin Banck Taylor, hereby certify that on this date I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Louis H. Watson, Jr., Esq.
The Watson Law Firm, PLLC
1501 Jackson Ave W, Ste. 113 PMB 101
Oxford, MS 38655-2566
Tel: (601) 253-1177
Louis@thewatsonlawfirm.com

**ATTORNEY FOR PLAINTIFF**

THIS, the 15th day of January, 2026.

                */s/ Robin Banck Taylor*
                ROBIN BANCK TAYLOR

3